UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LAVA RECORDS LLC, a Delaware limited liability
company; UMG RECORDINGS, INC., a Delaware
corporation; SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; and WARNER BROS.
RECORDS INC., a Delaware corporation,

JUDGMENT
05-CV- 4931 (DGT)

                          Plaintiffs,

      -against-

LUKASZ KRZYZANOWSKI,

                          Defendant.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 30 2006 ★
BROOKLYN OFFICE

      An Order of Honorable David G. Trager, United States District Judge, having been filed on March 28, 2006, directing the entry of judgment and Permanent Injunction based on Stipulation; and ordering that defendant pay plaintiffs $4,250.00 and costs in the amount of $250.00; it is

      ORDERED and ADJUDGED that judgment and Permanent Injunction is hereby entered based on Stipulation; and that defendant, Lukasz Krysyzanowski pay plaintiffs, Lava Records LLC, a Delaware limited liability company; UMG Recordings, Inc., a Delaware corporation; Sony BMG Music Entertainment, a Delaware general partnership; and Warner Bros. Records Inc., a Delaware corporation, $4,250.00 and costs in the amount of $250.00.

Dated: Brooklyn, New York
         March 28, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court